UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS EDUARDO ALVARADO-FUENTES,<br><br>       Petitioner,<br><br>v.<br><br>PATRICK DIVVER, et al.,<br><br>       Respondents. | Case No.: 3:25-cv-3810-CAB-MMP<br><br>**ORDER REQUIRING A BOND HEARING**<br><br>[Doc. No. 1] |

  Pending before the Court is Petitioner Luis Eduardo Alvarado-Fuentes' petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241. [Doc. No. 1 ("Petition").] In his Petition, Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") in violation of 8 U.S.C. § 1226(a). [Petition at 6.] He seeks immediate release or, at minimum, an individualized bond hearing before an immigration judge. [*Id.* at 7.]

  On December 31, 2025, Respondents filed a response stating:

    On December 18, 2025, . . . the *Bautista* court entered final judgement. *Bautista*[1], [Doc.] No. 94. Accordingly, Respondents acknowledge that

---

[1] *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025)

1

Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

[Doc. No. 4 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 19, 2026**. Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **January 21, 2026**. Once Respondents confirm Petitioner has received an individualized bond hearing, the Court will dismiss the case.

It is **SO ORDERED**.

Dated: January 5, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge