

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LUIS EDUARDO ALVARADO-FUENTES, | Case No.: 3:25-CV-3810-CAB-MMP |
|---|---|
| Petitioner, | **ORDER DISMISSING CASE** |
| v. | |
| PATRICK DIVVER, et al., | [Doc. No. 1] |
| Respondents. | |

Petitioner Luis Eduardo Alvarado-Fuentes filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] After Respondents acknowledged that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, Petitioner was detained under 8 U.S.C. § 1226(a), this Court ordered a bond hearing pursuant to § 1226(a) and its associated regulations. [Doc. No. 5.] Petitioner subsequently received a bond hearing on January 7, 2026. [Doc. No. 6.]

///

///

///

///

///

1

Petitioner has received the relief his Petition requested and so the Court **DISMISSES** the case.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  February 6, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:25-CV-3810-CAB-MMP